**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00069-CV**
_____

**JOHNNY LEWIS JR., Appellant**

**V.**

**JAMIE SMITH, Appellee**

_____

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-207,943**

_____

**MEMORANDUM OPINION**

Johnny Lewis Jr., appealed orders dismissing his case as frivolous. On March 7, 2022, we sent a letter to the parties questioning our jurisdiction and requested a response be filed by March 22, 2022. Our letter warned the parties that the appeal would be dismissed unless grounds were shown for continuing the appeal. The appellant has failed to comply with the notice from the clerk requiring action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed. Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 20, 2022
Opinion Delivered April 21, 2022

Before Kreger, Horton and Johnson, JJ.